IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MISSOURI
SOUTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) ) ) |
| v. | ) Case No. 20-03083-01-CR-S-MDH |
| JAMES S. JACKSON, | ) ) ) |
| Defendant. | ) |

## ORDER

On March 10, 2022, United States Magistrate Judge David P. Rush issued a Report and Recommendation (Doc. 44), recommending that Defendant's Amended Motion for Leave to File Relevant Pretrial Motions Out of Time (Doc. 39) be denied. No objections to the Report and Recommendation were filed. The Court has reviewed the Report, the motion, and the entire record in this matter. The Court finds that the Report and Recommendation is well founded in law. Accordingly, it is **ORDERED** that the Report and Recommendation is incorporated by reference and adopted in its entirety, and Defendant's Amended Motion for Leave to File Relevant Pretrial Motions Out of Time (Doc. 39) is **DENIED**.

**IT IS SO ORDERED.**

Dated: March 31, 2022   　　　　　　　　　　　　　　　　　 */s/ Douglas Harpool*
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　**DOUGLAS HARPOOL**
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　**United States District Judge**